# SUSSMAN & ASSOCIATES
## - Attorneys at Law -

| MICHAEL H. SUSSMAN<br>JONATHAN R. GOLDMAN | 1 Railroad Ave. - Suite 3<br>P.O. Box 1005<br>Goshen, New York 10924<br><br>(845) 294-3991<br>Fax: (845) 294-1623<br>sussman1@frontiernet.net | LEGAL ASSISTANT<br>SARAH OSBORNE<br><br>CHRISTOPHER D. WATKINS<br>of Counsel |
|---|---|---|

**MEMO ENDORSED**

January 8, 2020

**VIA ECF**

Hon. Kenneth M. Karas
U.S. District Court – S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

    Re:    Lawrence v. Northwell Health, Inc.
    No.   19-cv-7448

Dear Judge Karas,

We represent the plaintiff in the above referenced matter. Currently, we are scheduled to appear before this court on January 13, 2020 at 2:00pm. This case has also been scheduled for a mediation conference on January 22, 2020. In light of this schedule, we respectfully ask that the January 13th conference be adjourned to allow both parties the opportunity to mediate before proceeding in court. Thank you for your consideration of this request.

Respectfully submitted,

Michael H. Sussman

cc: Jonathan Stoler, counsel for Defendants (by ECF only)

*Granted. Pls pursuant to provide a status by 1/31/20. So Ordered.*

1/8/20