# SUSSMAN & ASSOCIATES
## - Attorneys at Law -

**MEMO ENDORSED**

MICHAEL H. SUSSMAN
JONATHAN R. GOLDMAN

1 Railroad Ave. - Suite 3
P.O. Box 1005
Goshen, New York 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANT
SARAH OSBORNE

CHRISTOPHER D. WATKINS
of Counsel

February 3, 2021 - ECF

Honorable Kenneth M. Karas
United States District Court - SDNY
300 Quarropas Street
White Plains, Ny 10601

Re: *Lawrence v. Northwell Health, Inc.* 19 cv 07448 (KMK)(JCM)

Dear Judge Karas,

I represent plaintiff in this matter. On behalf of the parties and with the consent of counsel for defendant, I am respectfully requesting that Your Honor adjourn the conference now scheduled for February 11, 2021 until after the new fact discovery cut-off deadline of February 25, 2021.

Thank you for your consideration in these regards.

Respectfully submitted,

Michael H. Sussman

cc: Jonathan Stoler, Esq. for defendant by ECF

*Granted. The Court will hold a teleconference on 3/9/21 at 10:30 AM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
2/3/2021