UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Civil Cases

21-CV-578
20-CV-3280
19-CV-11241
20-CV-4406
19-CV-7448
21-CV-565

AMENDED ORDER

NOTICE OF TELECONFERENCE INFORMATION

KENNETH M. KARAS, United States District Judge:

The previous order regarding teleconference information filed April 2, 2021, in the above listed cases for the week of April 5, 2021, was entered in error. Parties should disregard the notice. A notice with teleconference information for conferences for the week of April 12, 2021, will be issued this Friday, April 9, 2021.

SO ORDERED.

Dated: April 5, 2021
White Plains, New York

KENNETH M. KARAS
United States District Judge