**MEMO ENDORSED**

# SUSSMAN & ASSOCIATES

*- Attorneys at Law -*

| | | |
|---|---|---|
| MICHAEL H. SUSSMAN<br>JONATHAN R. GOLDMAN | 1 Railroad Ave. - Suite 3<br>P.O. Box 1005<br>Goshen, New York 10924 | LEGAL ASSISTANT<br>SARAH OSBORNE<br><br>CHRISTOPHER D. WATKINS<br>of Counsel |

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

June 1, 2021 – **Via ECF as Letter Motion**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, Ny 10601

Re: *Lawrence v. Northwell Health Systems, Inc., 19 cv 7448 (KMK)(JM)*

Dear Judge Karas,

I represent plaintiff in this matter. The court scheduled a conference concerning my pending Rule 72(a) motion and defendant's pre-motion letter requesting leave to move for summary judgment for June 8, 2021. On that date, I will be on trial before the Honorable David Hurd in the NDNY in *Simpson v. Overbaugh, et al.* Accordingly, and with the consent of defendant's counsel, I am requesting an adjournment of our conference. Counsel are available the following week if the Court's schedule permits. Thank you for your consideration in this regard.

Respectfully submitted,

Michael H. Sussman

cc: Jonathan Skoler, Esq. by ECF

*Granted. The Court will hold a teleconference on June 17, 2021 at 3:00 pm*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

*6/1/2021*