**Sheppard**Mullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3043 direct
jstoler@sheppardmullin.com

June 8, 2021

<u>VIA ECF</u>

MEMO ENDORSED

The Hon. Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:     *Lawrence v. Northwell Health, Inc., Case No. 19-CV-7448 (KMK) (JCM)*

Dear Judge Karas:

We represent Defendant, Northwell Health, Inc.  We write to request a brief adjournment of the parties' upcoming June 17, 2021 conference before the Court because of a previously scheduled litigation conflict.

During the parties' April 15, 2021 conference before the Court, Your Honor scheduled a conference for June 8, 2021 to address Plaintiff's pending Rule 72(a) motion and Defendant's April 1, 2021 request for leave to move for summary judgment.

On June 1, 2021, Plaintiff's counsel requested an adjournment, with Defendant's consent, of the parties' June 8, 2021 conference because he will be on trial at that time.  Your Honor granted Plaintiff's request and rescheduled the June 8, 2021 conference for June 17, 2021 at 3:00 p.m.

I am principal trial counsel for Defendant in this matter, and will be unavailable to attend the June 17, 2021 conference because of a previously scheduled expert deposition in another SDNY matter pending before Judge Gardephe.  In light of the foregoing, Defendant respectfully requests an adjournment of the June 17, 2021 conference to another date that is convenient for the Court.  We note that Plaintiff's counsel consents to this request, and that both parties are available from 1:00 p.m. to 5:00 p.m. on June 18, June 21, and June 23, 2021 if any of those times are convenient for the Court.

**Sheppard**Mullin

June 8, 2021
Page 2

Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ Jonathan Stoler

Jonathan Stoler
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:      All Counsel of Record

The Court will hold a teleconference on July 16, 2021, at 10AM.
6/11/21

SO ORDERED

KENNETH M. KARAS U.S.D.J.