UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. PETER LAWRENCE,<br><br>        Plaintiff,<br><br>  -v-<br><br>NORTHWELL HEALTH, INC.,<br><br>        Defendant. | No. 19-CV-7448 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

  For the reasons explained on the record at Oral Argument on July 16, 2021, Plaintiff's Motion To Compel Northwell Health, Inc. to Produce All Relevant Documents and Reverse in Part the Court's 4/1/2021 Decision Pursuant to FRCP 72(a) is denied. The Clerk of Court is respectfully directed to terminate the pending Motion. (Dkt. No. 68.)

SO ORDERED.

Dated: July 16, 2021
    White Plains, New York

                             KENNETH M. KARAS
                             United States District Judge