MEMO ENDORSED

# SUSSMAN & ASSOCIATES
- Attorneys at Law -

MICHAEL H. SUSSMAN
JONATHAN R. GOLDMAN

1 Railroad Ave. - Suite 3
P.O. Box 1005
Goshen, New York 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANT
SARAH OSBORNE

CHRISTOPHER D. WATKINS
of Counsel

September 28, 2021

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Lawrence v. Northwell Health, Inc., 19 cv. 7448 (KMK)(JCM)

Dear Judge Karas,

I represent plaintiff in this matter and filed opposition papers to defendant's motion for summary judgment yesterday. Unfortunately, due to some technical glitches, I was unable to complete the filing of my Affirmation with the 47 attached Exhibits. I did file the Affirmation without the exhibits which the system rejected due to their volume. Others in my office with more technical understanding completed the filing this morning. I respectfully request Your Honor's leave to permit this filing *nunc pro tunc*.

Thank you for your consideration in this regard.

Yours respectfully,

Michael H. Sussman

cc: Mr. Stoler, Esq. by ECF

Granted.
SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/28/2021